**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
GUY FAIRON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GUY FAIRON, an Individual,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS #5749, a business of unknown form; ALISO EQUITIES, LTD., a California limited partnership; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: 8:18-cv-01422-CJC-ASDx<br><br>Judge: Hon. Cormac J. Carney<br>Courtroom: 7C<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [17]** |

WHEREAS, Defendants STARBUCKS #5749 ("STARBUCKS") and ALISO EQUITIES, LTD. ("ALISO") on one hand, and Plaintiff GUY FAIRON ("FARION"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by FAIRON in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by FAIRON in this action shall be and hereby are dismissed.

IT ISH HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: December 17, 2018

UNITED STATES DISTRICT COURT

By: _____
Hon. Cormac J. Carney